1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE SOTO and ALICIA SOTO,          )
                                        )     2:09-cv-01546-GEB-EFB
12                  Plaintiff,          )
                                        )
13       v.                             )     ORDER CONTINUING STATUS
                                        )     (PRETRIAL SCHEDULING)
14  COUNTRYWIDE HOME LOANS, MORTGAGE     )     CONFERENCE;  FED. R. CIV.
    ELECTRONIC REGISTRATION SYSTEMS,    )     P. 4(m) NOTICE
15  INC., COUNTRYWIDE FULL SPECTRUM     )
    LENDING, PETER SCHWARTZ and DOES    )
16  1-20, inclusive,                    )
                                        )
17                  Defendants.         )
                                        )
18  _____ )

19       A Joint Status Report was filed on August 10, 2009, that

20  reveals this case is not ready to be scheduled.  Therefore, the Status

21  (Pretrial Scheduling) Conference set for August 24, 2009, is continued

22  to November 2, 2009, at 9:00 a.m.  A further joint status report shall

23  be filed no later than fourteen days prior to the hearing.[1]

24       Further, Plaintiff is **notified under Rule 4(m)** of the

25  Federal Rules of Civil Procedure **that any defendant not served with**

26

27       [1]  The failure of one or more of the parties to
28  participate in the preparation of the Joint Status Report does
    not excuse the other parties from their obligation to timely file
    a status report in accordance with this Order.  In the event a
    party fails to participate as ordered, the party timely
    submitting the status report shall include a declaration
    explaining why it was unable to obtain the cooperation of the
    other party or parties.

1  process within the 120 day period prescribed in that Rule will be

2  dismissed as a defendant in this action unless Plaintiff provides

3  proof of service and/or "shows good cause for the failure" to serve

4  within this prescribed period in a filing due no later than 4:00 p.m.

5  on October 5, 2009.

6          IT IS SO ORDERED.

7  Dated:  August 18, 2009

8

9          _____
           GARLAND E. BURRELL, JR.
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28